

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-13-00827-CV

**IN THE INTEREST AND PROTECTION OF J.G.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-3502
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The trial court's judgments were signed on November 13, 2013, and appellant timely filed notice of appeal. The clerk's record was filed in this court on November 22, 2013, and the reporter's record was filed on February 12, 2014. Appellant's brief was therefore initially due to be filed on March 14, 2014. Appellant has requested two extensions which were granted for a total of sixty days. In our last order issued on May 1, 2014, we granted appellant's second motion for extension in part and stated that the appellant's brief was due on May 15, 2014. To date, neither the appellant's brief nor a motion for extension has been filed. *See* TEX. R. APP. P. 10.5(b).

It is therefore ORDERED that appellant show cause in writing **within fifteen (15) days** from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court